IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANET HOWELL,<br><br>　　Plaintiff,<br><br>　vs.<br><br>PHILIPPINE AIRLINES, ET AL.;<br><br>　　Defendants. | CIVIL NO. 19-00410 HG-WRP<br><br>FINDINGS AND<br>RECOMMENDATION TO DISMISS<br>THIS ACTION WITHOUT<br>PREJUDICE |

FINDINGS AND RECOMMENDATION TO
DISMISS THIS ACTION WITHOUT PREJUDICE[1]

On November 1, 2019, the Court issued a Deficiency Notice and Order Regarding Service of Defendants noting that the record did not reflect that the Complaint and Summons had been served on Defendants within the ninety days pursuant to Federal Rule of Civil Procedure 4(m). See ECF No. 15. The Court gave notice to Plaintiff that she must serve or show good cause for her failure to serve the Complaint and Summons on Defendants within thirty days. See id. On November 18, 2019, Plaintiff filed a Motion/Action: to Cancel November 19, 2019 Rule 16 Scheduling For Conference The Plaintiff Needs

---

[1] Within fourteen days after a party is served with the Findings and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections in the United States District Court. A party must file any objections within the fourteen-day period to preserve appellate review of the Findings and Recommendation.

Emergencies Medical Leave Treatments.  See ECF No. 16.  On November 20, 2019, the Court granted Plaintiff's Motion and gave her another thirty days to properly effect service on Defendants.  See ECF No. 17.  The Court also warned Plaintiff that failure to properly serve or to show good cause for her failure to serve may result in dismissal of this action.  See id. (citing Fed. R. Civ. P. 41(b), 4(m) and In re Sheehan, 253 F.3d 507, 513 (9th Cir. 2001)).

Plaintiff has not filed a return of service indicating that service has been completed.  Based on the docket, Plaintiff has not effected service of the Complaint or Summons as required under Rule 4 of the Federal Rules of Civil Procedure.  Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rule of Civil Procedure.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, JANUARY 6, 2020.



Wes Reber Porter
United States Magistrate Judge

**HOWELL V. PHILIPPINE AIRLINES, ET AL.; CIV. NO. 19-00410 HG-WRP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**