```
                 IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF HAWAII

JANET HOWELL,                     )  CIV. NO. 19-00410 HG-WRP
                                  )
             Plaintiff,           )
                                  )
        vs.                       )
                                  )
PHILIPPINE AIRLINES, The Pilot    )
of the Aircraft, the Doctor,      )
Flight Attendants; ELIZA          )
AMOGUIS; DEPARTMENT OF            )
TRANSPORTATION; PETE CRUZ;        )
ALLISON CRUZ; PAL HI; LEGAL       )
SHIELD; BENSON FIRM; BROWN,       )
                                  )
             Defendants.          )
_____ )
```

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT
PREJUDICE (ECF No. 18)**

On January 6, 2020, the Magistrate Judge's Findings and Recommendation to Dismiss This Action Without Prejudice (ECF No. 18) was filed. Defendants have not been served. Plaintiff had until January 21, 2020 to object.

On January 21, 2020, Plaintiff filed a document entitled:

> MOTION/ACTION: AMMENDMENTS OF COMPLAINT 7TH REQUEST CHANGE TO <u>INTENTIONAL MANSLAUGHTER</u> CASE NO. CV-00410-HG-WRP TO CHANGE TO CRIMINAL CASE INTENTIONAL MANSLAUGHTER DISCRIMINATION CAUSES MY
>
> 5X INTENTIONAL MANSLAUGHTER
>
> CATASTROPHIC INJURIES, SHATTERED MY DREAMS NEGLIGENCE, WRECKLESS AVIATOR WRECKLESS PILOT, AND THE CREWS
>
> MULTIPLE X ATTEMPTED MURDER
>
> REMOVE, CHANGE, THE JUDGE WHO CANNOT CATEGORIZED THE CIVIL CASE CRIMINAL CASE DIFFERENTIATE BETWEEN REMOVE THE OBSTRUCTING JUSTICE JUDGE & COURT CLERK

1

MOTION/ACTION: TO REMOVE, CHANGE JUDGE WES REBER PORTER, THE BIASED, DISCRIMINATING, FRAMING JUDGE ON MY CASES, REMOVE CHANGE, THE JUDGE WHO CANNOT CATEGORIZED CRIMINAL CASES FROM CIVIL CASES. THE CASES OF THE PLAINTIFF'S ALL RELATED TO JOB DISCRIMINATION, STOLEN MILITARY ACTIVE DUTY JOB, ACTIVE DUTY MILITARY SPOUSE, VETERANS FAMILY BENEFITS, STOLEN APPROVED PETITIONS OF THE PLAINTIFF'S SIBLINGS, FRAUD CLAIMANTS OF THE CATASTROPHIC INJURIES, MULTIPLE FAMILY ALIENATORS, FRAUD MILITARIES, FRAUD MILITARY DEPENDENTS, FRAUD VETERANS, MILITARY SCAMS, ACTIVE DUTY MILITARY SCAMS, THE JOINED MILITARY BENEFITS. THE PAL AND DOT THIS AIRLINE IS USING BY THE MODERN TERRORIST GROUP, THE PLAINTIFF IS A VICTIM AND CONTINUESLY VICTIM BY THESE FRAUD CLAIMANTS, DISCRIMINATORS VETERANS, MILITARY SCAMMS.

$5 BILLION TO CHARGE THE AIRLINES CAUSE OF MISHAP AND CALAMITIES OF THE PLAINTIFF DUE TO MULTIPLE FAMILY ALIENATORS ILLEGAL ALIENS PROSTITUTES STOLE THE IDENTITY OF THE ACTIVE DUTY, ACTIVE DUTY MILITARY SPOUSE, VETERANS FAMILY, FORBIDS THE PLAINTIFF TO DO HER ACTIVE DUTY MILITARY JOB THAT'S WHY MULTIPLE FRAUD MILITARIES, FRAUD MILITARY DEPENDENTS, VETERANS SCAMMS ACCUMULATED. MULTIPLE ILLEGAL ALIENS NON MILITARIES, NON MILITARY DEPENDENTS, NON VENTERANS STEALING MULTIPLE HEROES IDENTITY. THIS AIRLINE IS ALSO BEING USE BY THE SINDICATE OF THE 10 MOST WANTED OF SAN DIEGO. $200 MILLION ON EACH OF THEIR HEADS. THEY ARE ALL IMPLANTED ON THE PLAINTIFF'S LIFE, BENEFITS, BUSINESS, INTELLECTUAL PROPERTIES, MILITARY CAREER ETC. THE PLAINTIFF SUPPOSED TO BE THE ONE GETTING ALL THE BENEFITS OF THE COMBINED ACTIVE DUTY, ACTIVE DUTY MILITARY SPOUSE, VETERANS FAMILIES.

THERE ARE MULTIPLE FRAUD FAMILIES CLAIMING TO LIVE IN MY HOUSE AND FRAUD FAMILIES THE PROSTITUTES FRAUD MILITARY DEPENDENTS FRAUDULENTLY MADE ME THEIR GRANMOTHER, AND MY DEAD MOM THEIR GRAND MOTHER. THIS KIND OF GENIUS CRIMINALS ACTIONS THEY MADE MY MOM ALIVE, FRAUD EVILS CLAIMING TO BE MY RELATIVES TAKING ADVANTAGE OF ME AND MY HUSBAND. MY HUSBAND IS BEING FRAMED AND MANIPULATED BY THESE FRAUD MILITARY, FRAUD MILITARY DEPENDENTS, FRAUD DOCTORS, FRAUD NURSES, FRAUD ATTORNEYS, FRAUD COURT CLERK, FRAUD PCP. THEY MADE MY MOM THEIR GRAND PARENTS AND FRAUDULENTLY. REMOVE THE BIASED, DISCRIMINATING, HUMILIATING, FRAMING JUDGE ON MY CASE. CAUSING MY ADDED TRAUMA, EMERGENCY VISITS, NUMBERED OF SLEEPLESS NIGHTS, NUMBER OF CHEST PAINS.

SUPERIORS

(ECF No. 19).

The title of the document filed on January 21, 2020 (ECF No. 19) and its contents are not understandable. The Court treats the filing as an objection to the Magistrate Judge's Findings and Recommendation to Dismiss This Action Without Prejudice (ECF No. 18).

The Court finds nothing in the filing that would justify further time for Plaintiff to serve the Defendants.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Dismiss This Action Without Prejudice (ECF No. 18) are adopted as the opinion and order of this Court.

The Clerk of the Court is **ORDERED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED: January 27, 2020, Honolulu, Hawaii.



Helen Gillmor
United States District Judge

JANET HOWELL v.PHILIPPINE AIRLINES, The Pilot of the Aircraft, the Doctor, Flight Attendants; ELIZA AMOGUIS; DEPARTMENT OF TRANSPORTATION; PETE CRUZ; ALLISON CRUZ; PAL HI; LEGAL SHIELD; BENSON FIRM; BROWN; Civil No. 19-00410 HG-WRP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE (ECF No. 18)**